

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BENJAMIN JOSHUA BIDMEAD and ANDREA NAGO, | § | No. 08-24-00368-CV |
| | § | Appeal from the |
| Appellants, | § | 201st Judicial District Court |
| v. | § | of Travis County, Texas |
| CASSANDRA ANN BIDMEAD, | § | (TC#D-1-FM-23-006216) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF OCTOBER 2024.


LISA J. SOTO, Justice


Before Alley, C.J., Palafox and Soto, JJ.